UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ZUNUM AERO, INC., | Civil Action No. 2:21-cv-00896 |
| Plaintiff, | **STIPULATED MOTION FOR AN ORDER EXTENDING TIME FOR SPECIALLY APPEARING DEFENDANTS SAFRAN, S.A.; SAFRAN CORPORATE VENTURES, S.A.S.; SAFRAN ELECTRICAL & POWER, S.A.S.; AND SAFRAN HELICOPTER ENGINES, S.A.S.U. TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF ZUNUM AERO INC.'S FIRST AMENDED COMPLAINT BY 30 DAYS TO AUGUST 18, 2021** |
| v. | |
| THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC; SAFRAN, S.A.; SAFRAN CORPORATE VENTURES, S.A.S.; SAFRAN ELECTRICAL & POWER, S.A.S.; SAFRAN HELICOPTER ENGINES, SASU, | |
| Defendants. | |
| | NOTED ON MOTION CALENDAR: July 8, 2021 (Local Rule 7(d)(1)) |

STIPULATED MOTION TO EXTEND TIME – 1

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

Pursuant to Local Civil Rules 7(j) and 10(g), specially appearing defendants Safran S.A., Safran Corporate Ventures, S.A.S. ("SCV"), Safran Electrical & Power, S.A.S. ("SEP"), and Safran Helicopter Engines, S.A.S.U. ("SHE") (collectively, the "Safran Defendants") and plaintiff Zunum Aero, Inc. ("Zunum") hereby submit this stipulated motion to extend the Safran Defendants' time to move, plead, or otherwise respond to the First Amended Complaint ("FAC") by 30 days, to August 18, 2021.

WHEREAS, pursuant to an order of the Washington Superior Court prior to the removal of this case to this Court, the Safran Defendants' current deadline to respond to the FAC is July 19, 2021. *See* ECF No. 2 (State Court Docket), Dkt. No. 52.

WHEREAS, good cause exists to extend the Safran Defendants' deadline to move, plead, or otherwise respond to the FAC because the parties are discussing a potential resolution of Zunum's claims against the Safran Defendants, and an extension of 30 days of the Safran Defendants' deadline to move, plead, or otherwise respond to the FAC would provide the parties with additional time needed to discuss a resolution and avoid the potentially needless expenditure of party and judicial resources on unnecessary motion practice (including jurisdictional motion(s) and motion(s) to compel arbitration) in response to the FAC.

WHEREAS, by entering into this stipulation, no Safran Defendant makes a general appearance, submits to the jurisdiction of this Court, or waives any right or defense.

WHEREAS, by entering into this stipulation, Zunum expressly reserves all rights to seek remand or otherwise challenge the removal of this action to this Court.

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

1  WHEREAS, this stipulated motion is filed in good faith and not for purposes of
2  delay, and will not alter any dates or schedules previously set by this Court.
3  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
4  among Zunum and the Safran Defendants, subject to the Court's approval, that the deadline
5  for the Safran Defendants to move, plead, or otherwise respond to plaintiff's FAC is extended
6  by 30 days to August 18, 2021.

Dated: July 8, 2021

*s/ Catherine S. Simonsen*
Bryan A. Merryman (*pro hac vice* application forthcoming)
Catherine S. Simonsen (WSBA # 45552)
J. Taylor Akerblom (*pro hac vice* application forthcoming)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: bmerryman@whitecase.com
       catherine.simonsen@whitecase.com
       takerblom@whitecase.com

Attorneys for Specially Appearing Defendants SAFRAN, S.A., SAFRAN CORPORATE VENTURES, S.A.S., SAFRAN ELECTRICAL & POWER, S.A.S., and SAFRAN HELICOPTER ENGINES, S.A.S.U.

Dated: July 8, 2021

*s/ Eliot M. Harris*
Eliot M. Harris (WSBA #36590)
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611
Email: eharris@williamskastner.com

STIPULATED MOTION TO EXTEND TIME – 3

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

Colin R. Hagan (*pro hac vice* application forthcoming)
David J. Shlansky (*pro hac vice* application forthcoming)
SHLANSKY LAW GROUP, LLP
1 Winnisimmet Street
Chelsea, MA 02150
Telephone: (617) 492-7200
Email: colin.hagan@slglawfirm.com
david.shlansky@slglawfirm.com

Attorneys for Plaintiff
ZUNUM AERO INC.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this 9th day of July, 2021

_____
UNITED STATES DISTRICT JUDGE
James L. Robart

STIPULATED MOTION TO EXTEND TIME – 4

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329