UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC; SAFRAN, S.A.; SAFRAN CORPORATE VENTURES, S.A.S.; SAFRAN ELECTRICAL & POWER, S.A.S.; SAFRAN HELICOPTER ENGINES, SASU, <br><br> Defendants. | Civil Action No. 2:21-cv-00896 <br><br> **STIPULATED MOTION FOR AN ORDER EXTENDING TIME FOR SPECIALLY APPEARING DEFENDANTS SAFRAN, S.A.; SAFRAN CORPORATE VENTURES, S.A.S.; SAFRAN ELECTRICAL & POWER, S.A.S.; AND SAFRAN HELICOPTER ENGINES, S.A.S.U. TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF ZUNUM AERO INC.'S FIRST AMENDED COMPLAINT BY 30 DAYS TO SEPTEMBER 17, 2021** <br><br> NOTED ON MOTION CALENDAR: <br> August 9, 2021 (Local Rule 7(d)(1)) |

STIPULATED MOTION TO EXTEND TIME – 1

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

Pursuant to Local Civil Rules 7(j) and 10(g), specially appearing defendants Safran S.A., Safran Corporate Ventures, S.A.S. ("SCV"), Safran Electrical & Power, S.A.S. ("SEP"), and Safran Helicopter Engines, S.A.S.U. ("SHE") (collectively, the "Safran Defendants") and plaintiff Zunum Aero, Inc. ("Zunum") hereby submit this stipulated motion to extend the Safran Defendants' time to move, plead, or otherwise respond to the First Amended Complaint ("FAC") by 30 days, to September 17, 2021.

WHEREAS, pursuant to this Court's Order, dated July 9, 2021, granting the parties' first stipulated motion to extend time, the Safran Defendants' current deadline to respond to the FAC is August 18, 2021.  *See* Doc. 11.

WHEREAS, good cause exists to extend the Safran Defendants' deadline to move, plead, or otherwise respond to the FAC because Zunum and the Safran Defendants continue to discuss a potential resolution of the Safran Defendants' jurisdictional defenses, and an additional extension of 30 days of the Safran Defendants' deadline to move, plead, or otherwise respond to the FAC would provide the parties with additional time needed to discuss a resolution of these defenses and potentially avoid the need to expend party and judicial resources on motion practice (including jurisdictional motion(s) and motion(s) to compel arbitration) in response to the FAC.

WHEREAS, good cause also exists because, since the Court entered its order on July 9, 2021, granting the previous extension of time to respond to the FAC, on July 15, 2021, Zunum filed a motion to remand this case to the state court and the motion will be fully briefed on August 6, 2021.  If the parties are unable to resolve the Safran Defendants'

STIPULATED MOTION TO EXTEND TIME – 2

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

jurisdictional defenses, the Safran Defendants submit that they should not be required to prepare their prospective jurisdictional motion(s) and motion(s) to compel arbitration until after this Court rules on Zunum's motion to remand this case to state court, as the briefing on those motions will differ depending on the forum.

WHEREAS, by entering into this stipulation, no Safran Defendant makes a general appearance, submits to the jurisdiction of this Court, or waives any right or defense. The Safran Defendants reserve their right to seek additional time to respond if, by the requested extended deadline, the Court has not yet ruled on Zunum's motion to remand.

WHEREAS, by entering into this stipulation, Zunum expressly reserves all rights to challenge the removal of this action to this Court.

WHEREAS, this stipulated motion is filed in good faith and not for purposes of delay, and will not alter any dates or schedules previously set by this Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among Zunum and the Safran Defendants, subject to the Court's approval, that the deadline for the Safran Defendants to move, plead, or otherwise respond to plaintiff's FAC is extended by 30 days to September 17, 2021.

Dated: August 9, 2021

*s/ Catherine S. Simonsen*
Catherine S. Simonsen (WSBA # 45552)
Bryan A. Merryman (*pro hac vice* application forthcoming)
J. Taylor Akerblom (*pro hac vice* application forthcoming)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433

STIPULATED MOTION TO EXTEND TIME – 3

White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email: catherine.simonsen@whitecase.com
         bmerryman@whitecase.com
         takerblom@whitecase.com

Attorneys for Specially Appearing Defendants SAFRAN, S.A., SAFRAN CORPORATE VENTURES, S.A.S., SAFRAN ELECTRICAL & POWER, S.A.S., and SAFRAN HELICOPTER ENGINES, S.A.S.U.

Dated:  August 9, 2021

*s/ Eliot M. Harris*
Eliot M. Harris (WSBA #36590)
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Facsimile: (206) 628-6611
Email: eharris@williamskastner.com

Colin R. Hagan (*pro hac vice*)
David J. Shlansky (*pro hac vice*)
SHLANSKY LAW GROUP, LLP
1 Winnisimmet Street
Chelsea, MA 02150
Telephone: (617) 492-7200
Email: colin.hagan@slglawfirm.com
         david.shlansky@slglawfirm.com

Attorneys for Plaintiff
ZUNUM AERO INC.

STIPULATED MOTION TO EXTEND TIME – 4

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

JLR    **~~[PROPOSED]~~ ORDER**

**IT IS SO ORDERED.**

Dated this 10th day of August, 2021

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME – 5