UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

ZUNUM AERO, INC.,

Plaintiff,

v.

THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC; SAFRAN, S.A.; SAFRAN CORPORATE VENTURES, S.A.S.; SAFRAN ELECTRICAL & POWER, S.A.S.; SAFRAN HELICOPTER ENGINES, SASU,

Defendants.

Civil Action No. 2:21-cv-00896

**STIPULATED MOTION FOR AN ORDER EXTENDING TIME FOR SPECIALLY APPEARING DEFENDANTS SAFRAN, S.A.; SAFRAN CORPORATE VENTURES, S.A.S.; SAFRAN ELECTRICAL & POWER, S.A.S.; AND SAFRAN HELICOPTER ENGINES, S.A.S.U. TO SERVE INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)**

NOTED ON MOTION CALENDAR: August 31, 2021 (Local Rule 7(d)(1))



**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

Pursuant to Local Civil Rules 7(j) and 10(g), specially appearing defendants Safran S.A., Safran Corporate Ventures, S.A.S., Safran Electrical & Power, S.A.S., and Safran Helicopter Engines, S.A.S.U. (collectively, the "Safran Defendants") and plaintiff Zunum Aero, Inc. ("Zunum") hereby submit this stipulated motion to extend the Safran Defendants' time to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) to October 1, 2021. The parties state as follows:

WHEREAS, the Safran Defendants submit that good cause exists to extend the Safran Defendants' deadline to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) because Zunum and the Safran Defendants are close to resolving the Safran Defendants' jurisdictional defenses to Zunum's claims, and an extension would avoid unnecessary waste of party resources while the parties discuss such a resolution.

WHEREAS, the Safran Defendants submit that defendants The Boeing Company and Boeing HorizonX Ventures, LLC consent to this stipulation.

WHEREAS, by entering into this stipulation, no Safran Defendant makes a general appearance, submits to the jurisdiction of this Court, or waives any right or defense.

WHEREAS, this stipulated motion is filed in good faith and not for purposes of delay.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among Zunum and the Safran Defendants, subject to the Court's approval, that the deadline for the Safran Defendants to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is extended to October 1, 2021.



**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

Dated: August 31, 2021

*s/ Catherine S. Simonsen*
Catherine S. Simonsen (WSBA # 45552)
Bryan A. Merryman (*pro hac vice* application forthcoming)
J. Taylor Akerblom (*pro hac vice* application forthcoming)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: catherine.simonsen@whitecase.com
bmerryman@whitecase.com
takerblom@whitecase.com

Attorneys for Specially Appearing Defendants SAFRAN, S.A., SAFRAN CORPORATE VENTURES, S.A.S., SAFRAN ELECTRICAL & POWER, S.A.S., and SAFRAN HELICOPTER ENGINES, S.A.S.U.

Dated: August 31, 2021

*s/ Colin R. Hagan*
Eliot M. Harris (WSBA #36590)
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611
Email: eharris@williamskastner.com

Colin R. Hagan (*pro hac vice*)
David J. Shlansky (*pro hac vice*)
SHLANSKY LAW GROUP, LLP
1 Winnisimmet Street
Chelsea, MA 02150
Telephone: (617) 492-7200
Email: colin.hagan@slglawfirm.com
david.shlansky@slglawfirm.com

Attorneys for Plaintiff ZUNUM AERO INC.

**~~[PROPOSED]~~ ORDER**

**IT IS SO ORDERED.**

Dated this 1st day of September, 2021

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE