1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

8

ZUNUM AERO, INC.,                                  )   Civil Action No. 2:21-cv-00896
                                                   )
9                    Plaintiff,                    )   **FINAL STIPULATED MOTION FOR AN**
                                                   )   **ORDER EXTENDING TIME FOR**
10                   v.                             )   **SPECIALLY APPEARING**
                                                   )   **DEFENDANTS SAFRAN, S.A.; SAFRAN**
11   THE BOEING COMPANY; BOEING                     )   **CORPORATE VENTURES, S.A.S.;**
     HORIZONX VENTURES, LLC; SAFRAN,                )   **SAFRAN ELECTRICAL & POWER,**
12   S.A.; SAFRAN CORPORATE VENTURES,               )   **S.A.S.; AND SAFRAN HELICOPTER**
     S.A.S.; SAFRAN ELECTRICAL &                    )   **ENGINES, S.A.S.U. TO MOVE, PLEAD,**
13   POWER, S.A.S.; SAFRAN HELICOPTER               )   **OR OTHERWISE RESPOND TO**
     ENGINES, SASU,                                 )   **PLAINTIFF ZUNUM AERO INC.'S**
14                                                  )   **FIRST AMENDED COMPLAINT AND**
                     Defendants.                    )   **TO SERVE INITIAL DISCLOSURES**
15                                                  )   **PURSUANT TO FRCP 26(a)(1)**
                                                   )   **TO OCTOBER 18, 2021**
16                                                  )
                                                       NOTED ON MOTION CALENDAR:
17                                                     September 16, 2021 (Local Rule 7(d)(1))

18

19

20

21

22

STIPULATED MOTION TO EXTEND TIME – 1

**White & Case LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

1    Pursuant to Local Civil Rules 7(j) and 10(g), specially appearing defendants Safran

2   S.A., Safran Corporate Ventures, S.A.S. ("SCV"), Safran Electrical & Power, S.A.S.

3   ("SEP"), and Safran Helicopter Engines, S.A.S.U. ("SHE") (collectively, the "Safran

4   Defendants") and plaintiff Zunum Aero, Inc. ("Zunum") hereby submit this stipulated

5   motion to extend the Safran Defendants' time to move, plead, or otherwise respond to the

6   First Amended Complaint ("FAC") and to serve initial disclosures pursuant to Federal Rule

7   of Civil Procedure 26(a)(1) to October 18, 2021.

8    WHEREAS, pursuant to this Court's Order, dated August 10, 2021, granting the

9   parties' second stipulated motion to extend time to move, plead, or otherwise respond, the

10   Safran Defendants' current deadline to respond to the FAC is September 17, 2021.  *See* Doc.

11   35.

12    WHEREAS, pursuant to this Court's Order, dated September 1, 2021, granting the

13   parties' first stipulated motion to extend time to serve initial disclosures, the Safran

14   Defendants' current deadline to serve initial disclosures is October 1, 2021.  *See* Doc. 39.

15    WHEREAS, good cause exists to extend the Safran Defendants' deadlines to move,

16   plead, or otherwise respond to the FAC and to serve initial disclosures pursuant to Federal

17   Rule of Civil Procedure 26(a)(1) because Zunum and the Safran Defendants continue to

18   discuss a potential resolution of the Safran Defendants' jurisdictional defenses, and an

19   additional extension would provide the parties with additional time needed to discuss a

20   resolution and potentially avoid the need to expend party and judicial resources on motion

21   practice (including jurisdictional motion(s) and motion(s) to compel arbitration) in response

22

STIPULATED MOTION TO EXTEND TIME – 2

1    to the FAC.

2          WHEREAS, the parties anticipate this will be the last stipulation to extend the Safran

3    Defendants' deadlines as the parties are close to an agreement under which Zunum would

4    dismiss the Safran Defendants from this case.

5          WHEREAS, by entering into this stipulation, no Safran Defendant makes a general

6    appearance, submits to the jurisdiction of this Court, or waives any right or defense.

7          WHEREAS, this stipulated motion is filed in good faith and not for purposes of

8    delay.

9          **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

10   among Zunum and the Safran Defendants, subject to the Court's approval, that the deadlines

11   for the Safran Defendants to move, plead, or otherwise respond to plaintiff's FAC and to serve

12   initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) are extended to

13   October 18, 2021.

14

     Dated:  September 16, 2021          *s/ Catherine S. Simonsen*
15                                       Catherine S. Simonsen (WSBA # 45552)
                                         Bryan A. Merryman (*pro hac vice* application
16                                       forthcoming)
                                         J. Taylor Akerblom (*pro hac vice* application
17                                       forthcoming)
                                         WHITE & CASE LLP
18                                       555 S. Flower Street, Suite 2700
                                         Los Angeles, CA  90071-2433
                                         Telephone: (213) 620-7700
19                                       Facsimile:  (213) 452-2329
                                         Email: catherine.simonsen@whitecase.com
20                                              bmerryman@whitecase.com
                                                takerblom@whitecase.com
21
                                         Attorneys for Specially Appearing Defendants
22

     STIPULATED MOTION TO EXTEND TIME – 3          **White & Case LLP**

SAFRAN, S.A., SAFRAN CORPORATE VENTURES, S.A.S., SAFRAN ELECTRICAL & POWER, S.A.S., and SAFRAN HELICOPTER ENGINES, S.A.S.U.

Dated:  September 16, 2021

*s/ Eliot M. Harris*
Eliot M. Harris (WSBA #36590)
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Facsimile: (206) 628-6611
Email: eharris@williamskastner.com

Colin R. Hagan (*pro hac vice*)
David J. Shlansky (*pro hac vice*)
SHLANSKY LAW GROUP, LLP
1 Winnisimmet Street
Chelsea, MA 02150
Telephone: (617) 492-7200
Email: colin.hagan@slglawfirm.com
        david.shlansky@slglawfirm.com

Attorneys for Plaintiff
ZUNUM AERO INC.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this 17th day of September, 2021

UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME – 4