1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZUNUM AERO INC ,

       Plaintiff(s),

   v.

THE BOEING COMPANY ET AL.,

       Defendant(s).

Case No. 2:21–cv–00896–JLR

MINUTE ORDER SETTING TRIAL
DATES AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **SEPTEMBER 11, 2023** |
| Length of Jury Trial | 8 days |
| Preliminary infringement contentions and disclosure of asserted claims | June 17, 2022 |
| Deadline for joining additional parties | October 21, 2021 |
| Deadline for amending pleadings | March 15, 2023 |
| Disclosure of preliminary invalidity contentions | July 8, 2022 |
| Reports from expert witnesses regarding Markman issues due | August 5, 2022 |
| Rebuttal expert reports regarding Markman issues due | September 1, 2022 |
| Preliminary Claim Chart | September 16, 2022 |
| Joint claim chart and Prehearing Statement | October 12, 2022 |
| Opening claim construction briefs due (24 pages per side) | November 4, 2022 |

1

2

3

4

5

6

7

8

9

10

11

12

13

| | |
|---|---|
| Responsive claim construction briefs due (24 pages per side) | November 18, 2022 |
| <u>Markman</u> hearing at 09:00 AM on | December 23, 2022 |
| Reports from expert witnesses under FRCP 26(a)(2) due | February 10, 2023 |
| Rebuttal expert reports due | March 10, 2023 |
| All motions related to discovery must be filed by (*see* LCR 7(d) ) | |
| Discovery completed by | March 31, 2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d) ) | May 9, 2023 |
| Settlement conference per LCR 39.1(c)(2) held no later than | June 9, 2023 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion | August 11, 2023 |
| Agreed pretrial order due | August 24, 2023 |
| Pretrial conference to be held at **02:00 PM** on | August 28, 2023 |
| Trial briefs , proposed voir dire questions and jury instructions | September 5, 2023 |

14

15

16

17

18

19

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Rules. If any of the dates identified in this order or the Local Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or the parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

20

21

22

If the <u>Markman</u> hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Ashleigh Drecktrah, Deputy Clerk, at (206) 370−8520 within 10 days of the date of this order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

23

24

25

The parties shall comply with the procedures outlined in the court's **Standing Order** as to all patent claim construction issues. PLEASE NOTE: The court will <u>not</u> rule on dispositive motions that raise issues of claim

26

construction prior to the hearing, unless special circumstances warrant and leave of court is obtained in advance of filing.

As required by Local Rules W.D. Wash LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at (206) 370−8520. See Fed. Rule Civ.P. 16(b)(3)(B)(v). Counsel are further directed to cooperate in preparing the Joint Claim Chart and final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of any exhibits to be used at the Markman hearing and/or trial are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available at the Clerk's Office. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered beginning with 1. Defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

//

//

//

//

Should this case settle, counsel shall notify Ashleigh Drecktrah, Deputy Clerk, at (206) 370–8520, as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

    A copy of this Minute Order shall be mailed to all counsel of record.

DATED: September 23, 2021

 s/ Ashleigh Drecktrah 

Ashleigh Drecktrah, Deputy Clerk to
Hon. James L. Robart, Judge
(206) 370–8520

Minute Order Setting Trial and Related Dates – Page 4