HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

ZUNUM AERO, INC.,

Plaintiff,

v.

THE BOEING COMPANY; BOEING
HORIZONX VENTURES, LLC; SAFRAN,
S.A.; SAFRAN CORPORATE VENTURES,
S.A.S.; SAFRAN ELECTRICAL & POWER,
S.A.S.; SAFRAN HELICOPTER ENGINES,
SASU,

Defendants.

Case No. 2:21-cv-00896-JLR

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST SAFRAN S.A., SAFRAN CORPORATE VENTURES, S.A.S., SAFRAN ELECTRICAL & POWER, S.A.S., AND SAFRAN HELICOPTER ENGINES, S.A.S.U.**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Zunum Aero, Inc., hereby voluntarily dismisses, without prejudice, its claims in the above-captioned action against defendants Safran S.A., Safran Corporate Ventures, S.A.S. ("SCV"), Safran Electrical & Power, S.A.S. ("SEP"), and Safran Helicopter Engines, S.A.S.U. ("SHE") (collectively, the "Safran Defendants").

Plaintiff's claims against The Boeing Company and Boeing HorizonX Ventures, LLC, remain live.

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT
PREJUDICE
(2:21-CV-00896-JLR) – 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7479110.1

DATED this 27th day of October, 2021.

*s/Eliot M. Harris*
Eliot M. Harris, WSBA #36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:     (206) 628-6600
Fax:     (206) 628-6611
Email: eharris@williamskastner.com


*s/Colin R. Hagan*
Colin R. Hagan, MA BBO #684798
(admitted *pro hac vice*)
David J. Shlansky, MA BBO #565321
(admitted *pro hac vice*)
**SHLANSKY LAW GROUP, LLP**
1 Winnisimmet Street
Chelsea, MA 02150
Telephone: (617) 492-7200
Email: colin.hagan@slglawfirm.com
        david.shlansky@slglawfirm.com

*Attorneys for Plaintiff*
*Zunum Aero, Inc.*

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT
PREJUDICE
(2:21-CV-00896-JLR) – 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7479110.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 27th day of October, 2021.

_s/ Eliot M. Harris_
Eliot M. Harris, WSBA # 36590

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT
PREJUDICE
(2:21-CV-00896-JLR) – 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7479110.1