The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ZUNUM AERO, INC., | Civil Action No. 2:21-cv-00896-JLR |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COUNTERCLAIM UNDER Fed. R. Civ. P. 15(d) & 13(e).** |
| THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC, | |
| Defendants. | **NOTE ON MOTION CALENDAR: DECEMBER 17, 2021 WITHOUT ORAL ARGUMENT** |

The Court, having considered Defendants The Boeing Company and Boeing HorizonX Ventures, LLC's Unopposed Motion for Leave to File Supplemental Counterclaim Under Fed. R. Civ. P. 15(d) & 13(e) (the "Motion"), and all papers filed in support of and in opposition to the Motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants will file and serve their amended pleading on all parties within fourteen days of the date of this order.

//

ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE SUPPLEMENTAL
COUNTERCLAIM (No. 2:21-cv-00896-JLR) – 1

1     DATED this 20th day of December, 2021

2

3

4

5

*[signature]*

6                               The Honorable James L. Robart
                               United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE SUPPLEMENTAL
COUNTERCLAIM (No. 2:21-cv-00896-JLR) – 2