UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>                    Plaintiff,<br>     v.<br><br>THE BOEING COMPANY, et al.,<br><br>                    Defendants. | CASE NO. C21-0896JLR<br><br>ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING |

The court directs the parties to file concurrent supplemental briefing regarding Defendants The Boeing Company ("Boeing") and Boeing HorizonX Ventures, LLC's ("HorizonX") (collectively, "Defendants") motion for partial judgment on the pleadings (Mot. (Dkt. # 50)). The supplemental briefing shall address the choice of law issue with respect to Plaintiff Zunum Aero, Inc.'s ("Zunum") Washington Securities Act claim. (*See, e.g.*, Mot. at 18; Reply (Dkt. # 53) at 10; Resp. (Dkt. # 52) at 18.)

//

//

ORDER - 1

Specifically, the parties shall: (1) conduct a complete choice of law analysis regarding the relevant securities;[1] (2) address the effect, if any, of the choice of law provision in the 2017 Investor Rights Letter (*see* Nordlund Decl. (Dkt. # 51) ¶ 5, Ex. D) on the choice of law analysis (*see, e.g.*, Resp. at 18); (3) address the effect, if any, of Zunum's claims "against [Defendants] under Delaware law under the same contracts" on the choice of law analysis (*see, e.g.*, Reply at 10 (citing FAC ¶¶ 428, 444, 480)); and (4) address whether the Washington Securities Act can apply to securities issued by a Delaware corporation (*see, e.g.*, Mot. at 18). The supplemental briefing shall be filed no later than May 31, 2022 and shall not exceed six pages in length.

Dated this 24th day of May, 2022.

JAMES L. ROBART
United States District Judge

---

[1] These include the "2017 Convertible Promissory Note, 2017 Note Purchase Agreement, 2018 Convertible Promissory Note, and 2018 Note Purchase Agreement." (*See* FAC (Dkt. # 1-1) at ¶ 544.)

ORDER - 2