UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., | CASE NO. C21-0896JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court's September 23, 2021 scheduling order sets forth a number of deadlines related to the December 16, 2022 *Markman* hearing in this matter. (*See* 9/23/21 Order (Dkt. # 42) (setting the *Markman* hearing and related dates); 5/6/22 Dkt. Entry (rescheduling the *Markman* hearing for December 16, 2022).)  Although the court ordered the parties to file a joint claim chart and prehearing statement by October 12, 2022 (9/23/21 Order at 1), the parties failed to do so (*see generally* Dkt.).

MINUTE ORDER - 1

1  In their motion to withdraw, Plaintiff Zunum Aero, Inc.'s ("Zunum") previous counsel, Shlansky Law Group, LLP and Williams, Kastner & Gibbs PLLC, informed the court that the parties "agreed that the patent-related deadlines leading up to and including a *Markman* hearing in this case are inapplicable."  (Mot. to Withdraw (Dkt. # 64) at 6.)  Although Zunum's previous counsel represented that Defendants The Boeing Company and HorizonX Ventures, LLC (collectively, "Defendants") would file a stipulated motion to "vacate those deadlines" (*id.*), Defendants have not, as of the date of this order, filed such a motion (*see generally* Dkt.).

In light of the statement of Zunum's previous counsel and the parties' failure to comply with this court's *Markman* hearing-related deadlines, the court STRIKES the date assigned for the *Markman* hearing in this matter and all other *Markman* hearing-related deadlines set forth in the court's September 23, 2021 scheduling order (Dkt. # 42).

Filed and entered this 14th day of October, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk