UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | CASE NO. C21-0896JLR <br><br> ORDER |

On August 31, 2023, counsel for Plaintiff Zunum Aero, Inc. ("Zunum") and Defendants The Boeing Company and Boeing HorizonX Ventures, LLC (together, "Boeing") called the court regarding a discovery dispute. The court ORDERS as follows:

1. By no later than **September 15, 2023**, Zunum and Boeing shall engage in a meet and confer conference with the goal of narrowing the issues in dispute. *See* Fed. R. Civ. P. 37(a)(1); Local Rules W.D. Wash. LCR 37(a)(1).

//

//

ORDER - 1

2. After the parties complete their meet and confer conference, Zunum may file a motion to compel regarding any remaining disputed issues. The motion shall be noted as a third-Friday motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3).

Dated this 31st day of August, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2