UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | CASE NO. C21-0896JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On December 27, 2023, Defendants The Boeing Company and Boeing HorizonX Ventures, LLC (together, "Boeing") alerted the court to three outstanding discovery disputes regarding Boeing's requests: (1) that Plaintiff Zunum Aero, Inc. ("Zunum") collect, search, and produce documents from Zunum's founders' personal email and text messaging accounts; (2) that Zunum supplement its responses to Boeing's Interrogatories 2, 3, and 17; and (3) for a protective order precluding Zunum from questioning Boeing's

MINUTE ORDER - 1

Rule 30(b)(6) witnesses on certain topics. Boeing believes the first two disputes can be resolved without briefing but that the third should be briefed. The court ORDERS the following:

1. Concerning the first two disputes, each party shall file on the docket a letter not exceeding two pages in length by 5:00 p.m. PST on Friday, December 29, 2023. The court will hold a hearing on these discovery disputes on Wednesday, January 3, 2024, at 12:00 p.m. PST via telephonic conference.

2. Concerning the third dispute, Boeing shall file a motion not exceeding 1,500 words by no later than January 2, 2024. Zunum shall file a response not exceeding 1,500 words by no later than January 9, 2024. The motion shall be noted for January 9, 2024, and no reply brief will be permitted.

Filed and entered this  28th  day of December, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2