UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., | CASE NO. C21-0896JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court provisionally filed its order denying Zunum's motion for sanctions under seal and directed the parties to meet and confer regarding any necessary redactions. (*See* Order (Dkt. # 282 (sealed)). The parties have met and conferred and agree that no redactions are necessary. (Joint Statement (Dkt. # 285)). Accordingly, the court DIRECTS the Clerk to unseal the order (Dkt. # 282).

//

MINUTE ORDER - 1

1  Filed and entered this __15th__ day of February, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2