UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | CASE NO. C21-0896JLR <br><br> ORDER |

Before the court is Plaintiff Zunum Aero, Inc.'s ("Zunum") unopposed motion to seal.  (Sealing Mot. (Dkt. # 272).)  Zunum's motion to seal pertains to two exhibits attached to its motion for sanctions, as well as references to those exhibits made in Zunum's reply brief in support of its motion for sanctions.  (*Id.* at 1.  *See generally* Sanctions Reply (Dkt. ## 273 (redacted), 274 (sealed)).)  At the time Zunum filed its reply brief, the court had not yet ruled on pending motions which sought to seal portions of those exhibits.  (*See generally* Dkt.)  The court has since ruled on these exhibits and determined that sensitive information in them should remain under seal.  (1/31/24 Order

ORDER - 1

1 | (Dkt. # 275) at 8 (granting motion to seal Exhibit 22 to 1/5/24 Danner Decl.); 2/8/24

2 | Order (Dkt. # 283) at 8 (granting motion to seal Exhibit 5 to 1/22/24 Fursevich Decl.).

3 | *See generally* 1/5/24 Danner Decl. (Dkt. ## 218 (redacted), 220 (sealed)) ¶ 45, Ex. 22

4 | (Dkt. ## 236 (sealed), 278 (redacted)); 1/22/24 Fursevich Decl. (Dkt. ## 269 (redacted),

5 | 271 (sealed)) ¶ 6, Ex. 5 (Dkt. ## 271-3 (sealed), 280-3 (redacted)).)

6 |     The court has reviewed Zunum's proposed redactions to its reply brief and

7 | concludes that they are minimal and sufficiently tailored to cover only confidential

8 | information.

9 |     Accordingly, the court GRANTS Zunum's motion to seal (Dkt. # 272).

10 |     Dated this 20th day of February, 2024.

JAMES L. ROBART
United States District Judge