HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  WESTERN DISTRICT OF WASHINGTON

10                            AT SEATTLE

11  ZUNUM AERO, INC.,                    Case No. 2:21-cv-00896-JLR

12            Plaintiff,                 [PROPOSED] ORDER GRANTING
                                         DEFENDANTS THE BOEING COMPANY
13        vs.                            AND BOEING HORIZONX VENTURES,
                                         LLC'S MOTION FOR LEAVE TO FILE AN
14  THE BOEING COMPANY; BOEING           OVER-LENGTH BRIEF
    HORIZONX VENTURES, LLC,
15
            Defendants.
16

17        This matter came before the Court for hearing on Defendants The Boing Company and

18  Boeing HorizonX Ventures, LLC's Motion for Leave to File an Over-Length Brief pursuant to

19  LCR 7(d)(1) and 7(f) for all briefings relating to Boeing's Motion for Summary Judgment, due

20  on February 28, 2024.

21        Having reviewed and considered the motion, the Court ORDERS that Defendants'

22  Motion for Leave to File an Over-Length Brief is GRANTED.  The Parties may file briefing

23  according to the following word-limit constraints:

24

25                                        - 1 -

26  Case No.  2:21-cv-00896-JLR                    **Hueston Hennigan LLP**
    [PROPOSED] ORDER GRANTING DEFENDANT'S        523 West 6th St., Suite 400
    MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF   Los Angeles, CA 90014
                                                 (213)788-4340

| Brief | Word Limit |
|-------|------------|
| **Motion** | 17,000 |
| **Opposition** | 17,000 |
| **Reply** | 8,500 |

**IT IS SO ORDERED.**

Dated: ___February 22_____, 2024.

_____
Hon. James L. Robart
United States District Judge

Presented By:

_/s/ Yegor Fursevich_____
John C. Hueston (Admitted *Pro Hac Vice*)
Email: jhueston@hueston.com
Moez M. Kaba (Admitted *Pro Hac Vice*)
Email: mkaba@hueston.com
Yegor Fursevich (Admitted *Pro Hac Vice*)
Email: yfursevich@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile:   (888) 775-0898

_/s/ David A. Perez_____
David A. Perez, WSBA No. 43959
Susan E. Foster, WSBA No. 18030
Madeline D. Swan, WSBA No. 56355
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900

- 2 -

Case No.  2:21-cv-00896-JLR
[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF

**Hueston Hennigan LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
(213)788-4340

1    Seattle, WA 98101
     (206) 359-8000
2
     **Attorneys for Defendants**
3    **THE BOEING COMPANY. and BOEING HORIZONX VENTURES, LLC**

- 3 -

26   Case No.  2:21-cv-00896-JLR                           **Hueston Hennigan LLP**
     ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S      523 West 6th St., Suite 400
     MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF     Los Angeles, CA 90014
                                                    (213)788-4340