THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTNER DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., | Case No. 2:21-cv-00896-JLR |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING THE PARTIES' STIPULATED MOTION REQUESTING EXTENSION OF DATE TO HOLD SETTLEMENT CONFERENCE** |
| v. | |
| THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC, | |
| Defendants. | |

**THIS MATTER** comes before the Court on plaintiff Zunum Aero, Inc. and defendants The Boeing Company and Boeing HorizonX Ventures, LLC's Stipulated Motion Requesting Extension of Date to Hold Settlement Conference (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion, orders as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the deadline to hold the settlement conference is extended until April 12, 2024.

DATED this _13th_ day of March, 2024.

_____
The Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION REQUESTING EXTENSION - 1
No. 2:21-cv-00896-JLR

Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151

Presented by:

By:   _/s/ Scott Danner_____
    Scott M. Danner, NY Bar #4853016
    (admitted *pro hac vice*)
    Brian T. Goldman, NY Bar #5616891
    (admitted *pro hac vice*)
    Charlotte Baigent, NY Bar #5979224
    (admitted *pro hac vice*)
    **HOLWELL SHUSTER &**
    **GOLDBERG LLP**
    425 Lexington Avenue, 14th Floor
    New York, New York 10017
    Telephone: (646) 837-8530
    sdanner@hsgllp.com
    bgoldman@hsgllp.com
    cbaigent@hsgllp.com

    Steven W. Fogg
    **CORR CRONIN LLP**
    1015 Second Ave, 10th Floor
    Seattle, WA 98104
    (206) 625-8600
    sfogg@corrcronin.com

    *Counsel for Plaintiff*

By:   _/s/ Yegor Fursevich_____
    John C. Hueston
    (Admitted *Pro Hac Vice*)
    Email: jhueston@hueston.com
    Moez M. Kaba
    (Admitted *Pro Hac Vice*)
    Email: mkaba@hueston.com
    Yegor Fursevich
    (Admitted *Pro Hac Vice*)
    Email: yfursevich@hueston.com
    Justin M. Greer
    (Admitted *Pro Hac Vice*)
    Email: jgreer@hueston.com
    Cassidy O'Sullivan
    (Admitted *Pro Hac Vice*)
    Email: cosullivan@huston.com
    **HUESTON HENNIGAN LLP**
    523 West 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone: (213) 788-4340
    Facsimile: (888) 866-4825

    David A. Perez, WSBA No. 43959
    Susan E. Foster WSBA No. 18030
    Madeline D. Swan WSBA NO. 56355
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    (206) 359-8000
    214-969-5100 (fax)

    *Counsel for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION REQUESTING EXTENSION - 2
No. 2:21-cv-00896-JLR

Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151