UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., | CASE NO. C21-0896JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

During the May 1, 2024 pretrial conference, the court emphasized that it is "essential" that the jury have definitions of Zunum's alleged trade secrets. (5/1/24 Tr. (Dkt. # 594 (sealed)) at 27:3-7.) The parties indicated that they are in the process of meeting and conferring concerning these definitions. (*See id.* at 27:14-28:17.) To ensure that this issue is resolved prior to trial, the court ORDERS the parties to submit a joint statement with definitions that may be given to the jury. If the parties cannot agree on

MINUTE ORDER - 1

one or more definitions, they must submit competing statements concerning those disputed definitions.

The joint statement or joint statements are due by no later than **12:00 p.m. PDT on Monday, May 13, 2024**. If the parties submit joint statements concerning any definitions, they should be prepared to discuss them with the court on May 15, 2024.

Filed and entered this  7th  day of May, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2