UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>        Plaintiff<br><br>v.<br><br>THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC,<br><br>        Defendants. | Case No. 2:21-cv-00896-JLR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON SEALING**<br><br>NOTED ON MOTION CALENDAR: May 17, 2024 |

Pursuant to this Court's Minute Entry dated May 15, 2024 (Dkt. 637, the "Minute Entry"), Plaintiff Zunum Aero, Inc. ("Zunum") and Defendants The Boeing Company and Boeing HorizonX Ventures, LLC ("Boeing") (collectively, the "Parties"), hereby submit this Joint Stipulation and Proposed Order ("Joint Stipulation").

    WHEREAS, pursuant to the Minute Entry, the parties must file a joint stipulated motion and proposed order regarding sealing no later than 5/17/2024;

    WHEREAS, the Parties have conferred regarding their collective sealing requests in Dkts # 608 and 627;

    WHEREAS, the Parties have conferred as to whether the following documents should remain under seal, be filed in redacted form, or be unsealed;

WHEREAS, in entering this Joint Stipulation, the Parties do not concede that any party's "Confidential" or "Highly Confidential – Attorneys' Eyes Only" materials or information do, in fact, contain that party's confidential information. The Parties expressly reserve the right to argue that any material or information does not contain confidential information and should not have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

NOW, THEREFORE, the Parties respectfully propose that the following documents should remain under seal, be filed in redacted form, or be unsealed, as specified in the right-hand column below:

| Docket 608: Boeing's Motion to Seal Boeing's Trial Brief | | | |
|---|---|---|---|
| **Document** | **Zunum Proposal** | **Boeing Proposal** | **Joint Proposal** |
| [Dkt. 612] Boeing's Trial Brief | Redact | N/A | Redact |

| Docket 627: Boeing's Motion to Seal Boeing's Position Regarding Joint Statement Regarding Trade Secret Definitions and Exhibits thereto | | | |
|---|---|---|---|
| **Document** | **Zunum Proposal** | **Boeing Proposal** | **Joint Proposal** |
| [Dkt. 628] Boeing's Statement Regarding Trade Secret Definitions and Exhibits thereto | Redact | N/A | Redact |
| [Dkt. 628, Att. 1] Exhibit A to Boeing's Statement Regarding Trade Secret Definitions and Exhibits thereto | Seal entirely | N/A | Seal Entirely |

Dated: May 17, 2024

By: __/s/ Scott M. Danner__
    Scott M. Danner, NY Bar #4853016
    (admitted *pro hac vice*)
    Brian T. Goldman, NY Bar #5616891
    (admitted *pro hac vice*)
    Charlotte Baigent, NY Bar #5979224
    (admitted *pro hac vice*)
    **HOLWELL SHUSTER &**
    **GOLDBERG LLP**
    425 Lexington Avenue, 14th Floor
    New York, New York 10017
    Telephone: (646) 837-8530
    sdanner@hsgllp.com
    bgoldman@hsgllp.com
    cbaigent@hsgllp.com

    Steven W. Fogg
    **CORR CRONIN LLP**
    1015 Second Ave, 10th Floor
    Seattle, WA 98104
    (206) 625-8600
    sfogg@corrcronin.com

    *Counsel for Plaintiff*

By: ___/s/ Yegor Fursevich___
    John C. Hueston
    (Admitted *Pro Hac Vice*)
    Email: jhueston@hueston.com
    Moez M. Kaba
    (Admitted *Pro Hac Vice*)
    Email: mkaba@hueston.com
    Yegor Fursevich
    (Admitted *Pro Hac Vice*)
    Email: yfursevich@hueston.com
    Justin M. Greer
    (Admitted *Pro Hac Vice*)
    Email: jgreer@hueston.com
    Cassidy O'Sullivan
    (Admitted *Pro Hac Vice*)
    Email: cosullivan@huston.com
    **HUESTON HENNIGAN LLP**
    523 West 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone: (213) 788-4340
    Facsimile: (888) 866-4825

    David A. Perez, WSBA No. 43959
    Susan E. Foster WSBA No. 18030
    Madeline D. Swan WSBA No. 56355
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    (206) 359-8000
    214-969-5100 (fax)
    makairis@jonesday.com

    *Counsel for Defendants*

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT, pursuant to the Parties' Joint Stipulation, and for compelling reasons shown: Dkt. 612 shall remain as redacted on the public docket, and Dkt. 628 shall remain under seal.  The parties shall file a redacted version of Dkt. 628 within seven (7) days of this Order.

IT IS SO ORDERED.

DATED this 17th day of May, 2024.

_____
The Honorable James L. Robart
United States District Judge