THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC, <br><br> Defendants. | No. 2:21-cv-00896-JLR <br><br> **STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE FOR MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 50(a)** |

  Plaintiff Zunum Aero, Inc. ("Zunum") and Defendants The Boeing Company and Boeing HorizonX Ventures, LLC ("Boeing," and together with Zunum, the "Parties"), hereby submit this Stipulated Motion and Proposed Order Regarding Briefing Schedule for Motion Under Federal Rule of Civil Procedure 50(a).

  WHEREAS, on May 24, 2024, at the close of Zunum's case-in-chief, Boeing moved for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) (the "Rule 50(a) Motion"), *see* Rough Trial Tr. (5/24/2024) at 196:19–200:4;

  WHEREAS, on May 24, 2024, the Court requested written briefing on the Rule 50(a) Motion;

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RULE 50(a) MOTION (No. 2:21-cv-00896-JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2    NOW, THEREFORE, the Parties respectfully request the following briefing schedule
3    with respect to Boeing's Rule 50(a) Motion:
4
5        Opening Brief:     ten (10) court days from the jury's verdict
6        Opposition Brief:  twelve (12) court days from the opening brief
7        Reply Brief:       seven (7) court days from the opposition brief
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR RULE
50(a) MOTION (No. No. 2:21-cv-00896-JLR)– 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted this 29th day of May, 2024.

| | |
|---|---|
| */s/ Scott Danner* <br> Scott M. Danner, NY Bar #4853016 <br> (admitted pro hac vice) <br> Brian T. Goldman, NY Bar #5616891 <br> (admitted pro hac vice) <br> Charlotte Baigent, NY Bar #5979224 <br> (admitted pro hac vice) <br> **HOLWELL SHUSTER &** <br> **GOLDBERG LLP** <br> 425 Lexington Avenue, 14th Floor <br> New York, New York 10017 <br> Telephone: (646) 837-8530 <br> sdanner@hsgllp.com <br> bgoldman@hsgllp.com <br> cbaigent@hsgllp.com <br><br> Steven W. Fogg <br> **CORR CRONIN LLP** <br> 1015 Second Ave, 10th Floor <br> Seattle, WA 98104 <br> (206) 625-8600 <br> sfogg@corrcronin.com <br><br> Attorneys for Plaintiff | */s/ Yegor Fursevich* <br> John C. Hueston (Admitted Pro Hac Vice) <br> Email: jhueston@hueston.com <br> Moez M. Kaba (Admitted Pro Hac Vice) <br> Email: mkaba@hueston.com <br> Yegor Fursevich (Admitted Pro Hac Vice) <br> Email: yfursevich@hueston.com <br> Justin M. Greer (Admitted Pro Hac Vice) <br> Email: jgreer@hueston.com <br> Cassidy O'Sullivan (Admitted Pro Hac Vice) <br> Email: cosullivan@hueston.com <br><br> */s/ David A. Perez* <br> David A. Perez, WSBA No. 43959 <br> Susan E. Foster, WSBA No. 18030 <br> Madeline D. Swan, WSBA No. 56355 <br> DPerez@perkinscoie.com <br> SFoster@perkinscoie.com <br> MSwan@perkinscoie.com <br> **PERKINS COIE LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101 <br> Telephone: (206) 359-8000 <br><br> Attorneys for Defendants <br> THE BOEING COMPANY. and BOEING HORIZONX VENTURES, LLC |

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RULE 50 MOTION (No. No. 2:21-cv-00896-JLR) – 1

~~PROPOSED~~ **ORDER**

**THIS MATTER** comes before the Court on plaintiff Zunum Aero, Inc. and defendants The Boeing Company and Boeing HorizonX Ventures, LLC's Stipulated Motion Regarding Briefing Schedule for Motion under Rule 50(a) of Federal Rules of Civil Procedure (the "Stipulated Motion"). The Court having reviewed the Stipulated Motion, orders as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED.**

Dated this 29th day of May, 2024.

_____
Hon. James L. Robart
United States District Judge

Presented By:

*s/ Scott Danner*
 Scott M. Danner, NY Bar #4853016
(admitted pro hac vice)
Brian T. Goldman, NY Bar #5616891
(admitted pro hac vice)
Charlotte Baigent, NY Bar #5979224
(admitted pro hac vice)
**HOLWELL SHUSTER &
GOLDBERG LLP**
425 Lexington Avenue, 14th Floor
New York, New York 10017
Telephone: (646) 837-8530
sdanner@hsgllp.com
bgoldman@hsgllp.com
cbaigent@hsgllp.com

Steven W. Fogg
**CORR CRONIN LLP**
1015 Second Ave, 10th Floor
Seattle, WA 98104

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR RULE
50(a) MOTION (No. No. 2:21-cv-00896-JLR)– 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| 1 | (206) 625-8600 |
| 2 | sfogg@corrcronin.com |
| 3 | Attorneys for Plaintiff |
| 4 | */s/ Yegor Fursevich*<br>John C. Hueston (Admitted Pro Hac Vice) |
| 5 | Email: jhueston@hueston.com<br>Moez M. Kaba (Admitted Pro Hac Vice) |
| 6 | Email: mkaba@hueston.com<br>Yegor Fursevich (Admitted Pro Hac Vice) |
| 7 | Email: yfursevich@hueston.com<br>Justin M. Greer (Admitted Pro Hac Vice) |
| 8 | Email: jgreer@hueston.com<br>Cassidy O'Sullivan (Admitted Pro Hac Vice) |
| 9 | Email: cosullivan@hueston.com |
| 10 | **HUESTON HENNIGAN LLP**<br>523 West 6th Street, Suite 400 |
| 11 | Los Angeles, CA 90014<br>Telephone: (213) 788-4340 |
| 12 | Facsimile: (888) 775-0898 |
| 13 | |
| 14 | */s/ David A. Perez*<br>David A. Perez, WSBA No. 43959 |
| 15 | Susan E. Foster, WSBA No. 18030<br>Madeline D. Swan, WSBA No. 56355 |
| 16 | **PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900 |
| 17 | Seattle, WA 98101<br>(206) 359-8000 |
| 18 | **Attorneys for Defendants** |
| 19 | THE BOEING COMPANY and<br>BOEING HORIZONX VENTURES, LLC |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR RULE
50(a) MOTION (No. No. 2:21-cv-00896-JLR)– 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000