## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br> THE BOEING COMPANY, et al., <br><br>　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C21-0896JLR |

**　X　　Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

　　Based on the court's June 13, 2022 order (Dkt. # 58), August 12, 2022 order (Dkt. # 67), April 22, 2024 order (Dkt. # 560), May 9, 2024 order (Dkt. # 601), and the jury's responses on the jury verdict form (Dkt. # 685), the court enters judgment as follows:

1.　Judgment is entered in favor of Defendants / Counterclaimants The Boeing Company ("The Boeing Co.") and Boeing HorizonX Ventures, LLC ("HorizonX") and against Plaintiff / Counter-Defendant Zunum Aero, Inc. ("Zunum") on Zunum's claims for violations of the Washington Consumer Protection Act (RCW 19.86 et seq.).

2.　Judgment is entered in favor of The Boeing Co. and HorizonX and against Zunum on Zunum's claim for violation of the Securities Act of Washington (RCW 21.20.010).

3. Judgment is entered in favor of The Boeing Co. and HorizonX and against Zunum on Zunum's claim for breach of fiduciary duty.

4. Judgment is entered in favor of The Boeing Co. and HorizonX and against Zunum on Zunum's claim for breach of the implied covenant of good faith and fair dealing.

5. Judgment is entered in favor of The Boeing Co. and against Zunum on Zunum's claim for breach of the 2016 Proprietary Information Agreement.

6. Judgment is entered in favor of HorizonX and against Zunum on HorizonX's claims for breach of the 2017 and 2018 Note Agreements. Judgment is likewise entered in favor of HorizonX and against Zunum on Zunum's claim for declaratory judgment of no obligation to pay under the 2017 and 2018 Note Agreements.

7. Judgment is entered in favor of Zunum and against The Boeing Co. and HorizonX on Zunum's claim for breach of the 2017 Investor Rights Letter. Judgment is likewise entered in favor of Zunum and against HorizonX on HorizonX's claim for declaratory judgment of no breach of the 2017 Investor Rights Letter.

8. Judgment is entered in favor of HorizonX and against Zunum on Zunum's claim for breach of the 2018 Investor Rights Letter. Judgment is likewise entered in favor of HorizonX and against Zunum on HorizonX's claim for declaratory judgment of no breach of the 2018 Investor Rights Letter.

9. Judgment is entered in favor of Zunum and against The Boeing Co. on Zunum's claim for tortious interference with a business expectancy.

10. Judgment is entered in favor of Zunum and against The Boeing Co. and HorizonX on Zunum's claim for violation of the Washington Uniform Trade Secrets Act (RCW 19.108 et seq.).

11. Judgment is entered in favor of The Boeing Co. and against Zunum on The Boeing Co.'s claims for declaratory judgment of patent inventorship.

12. Judgment is entered for Zunum and against The Boeing Co. in the amount of $71,970,000. HorizonX is jointly liable for $60,410,000 of that amount.

13. Judgment is entered for HorizonX and against Zunum in the amount of $9,000,000, plus 6% interest per annum as provided in the 2017 and 2018 Note Agreements.

Filed this  4th   day of June, 2024.

                                  RAVI SUBRAMANIAN
                                  Clerk of Court

                                  s/ Ashleigh Drecktrah
                                  Deputy Clerk