1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
8                                   AT SEATTLE
9
10      ZUNUM AERO, INC.,                        CASE NO. C21-0896JLR

11                         Plaintiff,            ORDER

                v.
12
        THE BOEING COMPANY, et al.,
13
                           Defendants.
14

15          Before the court are (1) Defendants The Boeing Company and Boeing HorizonX

16   Ventures, LLC's (together, "Boeing") motion for leave to file overlength briefs related to

17   its forthcoming post-trial motion (Def. Mot. (Dkt. # 689)); and (2) Plaintiff Zunum Aero,

18   Inc.'s ("Zunum") motion for leave to file overlength briefs related to its forthcoming

19   post-trial motion (Pl. Mot. (Dkt. # 690).)  Boeing requests a 20,000-word limit for

20   opening and opposition briefs and a 10,000-word limit for its reply.  (Def. Mot. at 3.)

21   Zunum requests an 8,400-word limit for opening and opposition briefs and a 4,200-word

22   limit for its reply.  (Pl. Mot. at 3.)  Given the number and complexity of issues to be

1    resolved, the court finds the parties' requests to be reasonable.  According, the court

2    GRANTS Boeing's motion (Dkt. # 689) and GRANTS Zunum's motion (Dkt. # 690).

3           Dated this 7th day of June, 2024.

4                                             _____
                                              JAMES L. ROBART
5                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2