UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>        Plaintiff<br><br>v.<br><br>THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC,<br><br>        Defendants. | Case No. 2:21-cv-00896-JLR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON SEALING**<br><br>NOTED ON MOTION CALENDAR:<br>June 7, 2024 |

Pursuant to this Court's Minute Entry dated May 15, 2024 (Dkt. 637, the "Minute Entry"), Plaintiff Zunum Aero, Inc. ("Zunum") and Defendants The Boeing Company and Boeing HorizonX Ventures, LLC ("Boeing") (collectively, the "Parties"), hereby submit this Joint Stipulation and Proposed Order ("Stipulation").

WHEREAS, the Parties have conferred regarding their collective sealing requests in Dkts # 611 and 622;

WHEREAS, the Parties have conferred as to whether the following documents should remain under seal, be filed in redacted form, or be unsealed;

WHEREAS, in entering this Stipulation, the Parties do not concede, including as to any post-trial and appellate briefing, that any party's "Confidential" or "Highly Confidential – Attorneys' Eyes Only" materials or information do, in fact, contain any confidential

information. The Parties expressly reserve the right to argue that any material or information does not contain confidential information and should not have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.  Furthermore, the Parties expressly agree that they will not argue that positions taken in this Stipulation have any bearing on whether materials or information, do, in fact, contain any confidential information or trade secrets.

NOW, THEREFORE, the Parties respectfully propose that the following documents should remain under seal, be filed in redacted form, or be unsealed, as specified in the right-hand column below:

| Docket 611: Zunum's Motion to Seal Zunum's Trial Brief | | | |
|---|---|---|---|
| **Document** | **Zunum Proposal** | **Boeing Proposal** | **Joint Proposal** |
| [Dkt. 619] Zunum's Trial Brief | N/A | N/A | N/A |
| [Dkt. 615] Exhibit 1 to Baigent Declaration | N/A | N/A | N/A |
| [Dkt. 616] Exhibit 4 to Baigent Declaration | N/A | N/A | N/A |
| [Dkt. 617] Exhibit 5 to Baigent Declaration | N/A | N/A | N/A |
| [Dkt. 618] Exhibit 6 to Baigent Declaration | N/A | N/A | N/A |

| Docket 622: Zunum's Motion to Seal Two Exhibits Submitted in Connection with Zunum's Statement Regarding Trade Secret Definitions and Documents | | | |
|---|---|---|---|
| **Document** | **Zunum Proposal** | **Boeing Proposal** | **Zunum's Proposal** |
| [Dkt. 625] Exhibit 2 to Zunum's Statement | Seal Entirely | N/A | Seal Entirely |

| Docket 622: Zunum's Motion to Seal Two Exhibits Submitted in Connection with Zunum's Statement Regarding Trade Secret Definitions and Documents | | | |
|---|---|---|---|
| **Document** | **Zunum Proposal** | **Boeing Proposal** | **Zunum's Proposal** |
| [Dkt. 626] Exhibit 3 to Zunum's Statement | Seal entirely | N/A | Seal Entirely |

Dated: June 11, 2024

By:  /s/ Scott M. Danner
   Scott M. Danner, NY Bar #4853016
   (admitted *pro hac vice*)
   Brian T. Goldman, NY Bar #5616891
   (admitted *pro hac vice*)
   Charlotte Baigent, NY Bar #5979224
   (admitted *pro hac vice*)
   **HOLWELL SHUSTER &**
   **GOLDBERG LLP**
   425 Lexington Avenue, 14th Floor
   New York, New York 10017
   Telephone: (646) 837-8530
   sdanner@hsgllp.com
   bgoldman@hsgllp.com
   cbaigent@hsgllp.com

   Steven W. Fogg
   **CORR CRONIN LLP**
   1015 Second Ave, 10th Floor
   Seattle, WA 98104
   (206) 625-8600
   sfogg@corrcronin.com

By:  /s/ Yegor Fursevich
   John C. Hueston
   (Admitted *Pro Hac Vice*)
   Email: jhueston@hueston.com
   Moez M. Kaba
   (Admitted *Pro Hac Vice*)
   Email: mkaba@hueston.com
   Yegor Fursevich
   (Admitted *Pro Hac Vice*)
   Email: yfursevich@hueston.com
   Justin M. Greer
   (Admitted *Pro Hac Vice*)
   Email: jgreer@hueston.com
   Cassidy O'Sullivan
   (Admitted *Pro Hac Vice*)
   Email: cosullivan@huston.com
   **HUESTON HENNIGAN LLP**
   523 West 6th Street, Suite 400
   Los Angeles, CA 90014
   Telephone: (213) 788-4340
   Facsimile: (888) 866-4825

*Counsel for Plaintiff*

David A. Perez, WSBA No. 43959
Susan E. Foster WSBA No. 18030
Madeline D. Swan WSBA No. 56355
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
214-969-5100 (fax)
makairis@jonesday.com

*Counsel for Defendants*

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT, pursuant to the Stipulation, and for compelling reasons shown: Dkts. 625 and 626 shall remain under seal.

IT IS SO ORDERED.

DATED this 12th day of June, 2024.

_____
The Honorable James L. Robart
United States District Judge