UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., | CASE NO. C21-0896JLR |
| Plaintiff, | ORDER |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

Before the court is Defendants The Boeing Company and Boeing HorizonX Ventures, LLC's (together, "Boeing") motion to stay briefing on Plaintiff Zunum Aero, Inc.'s ("Zunum") motion for post-trial relief.  (Mot. (Dkt. # 727); Reply (Dkt. # 730); *see also* Post-Trial Mot. (Dkt. # 699).)  Zunum opposes Boeing's motion to stay.  (Resp. (Dkt. # 729).)  The court has considered the parties' submissions, the relevant portions of the record, and the governing law.  Being fully advised, the court finds that a stay would best conserve the court's and the parties' resources without unduly prejudicing Zunum.

//

ORDER - 1

1       Accordingly, the court GRANTS Boeing's motion (Dkt. # 727) and ORDERS that briefing on Zunum's motion for post-trial relief be stayed until the court rules on Boeing's pending motion for judgment as a matter of law (*see* JMOL Mot. (Dkt. # 695)), at which point the court will provide additional guidance with respect to briefing on Zunum's post-trial motion. The court DIRECTS the Clerk to, for the time being, terminate Zunum's motion (Dkt. # 699). The court further ORDERS the parties to meet and confer concerning the motion to seal Zunum filed alongside its motion (MTS (Dkt. # 697)) and, by no later than **July 5, 2024**, file a joint stipulated motion and proposed order on sealing to dispose of that motion.

      Dated this 25th day of June, 2024.

JAMES L. ROBART
United States District Judge