THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTNER DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC, <br><br> Defendants. | Case No. 2:21-cv-00896-JLR <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION REQUESTING EXTENSION OF THE AUTOMATIC STAY OF JUDGMENT UNDER RULE 62(A)&(B) PENDING POST-TRIAL RULINGS** |

**THIS MATTER** comes before the Court on plaintiff Zunum Aero, Inc. and defendants The Boeing Company and Boeing HorizonX Ventures, LLC's Stipulated Motion Requesting Extension of the Automatic Stay of Judgment Under Federal Rule of Civil Procedure 62(a) and (b) Pending Post-Trial Rulings (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion, orders as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED**; and

[PROPOSED] ORDER GRANTING STIPULATED
MOTION REQUESTING EXTENSION - 1
No. 2:21-cv-00896-JLR

Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151

1    **IT IS FURTHER ORDERED** that the automatic stay of judgment under Federal Rule of Civil Procedure 62(a) and (b) for the judgment entered by the Court against the plaintiff Zunum Aero, Inc. and defendants The Boeing Company and Boeing HorizonX Ventures, LLC (Dkt. 686) is extended until seven (7) days after the Court rules on the last of the Parties' motions for post-trial relief (Dkts. 695, 699).

DATED this 27th day of June, 2024.

_____
The Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION REQUESTING EXTENSION - 2
No. 2:21-cv-00896-JLR

**Holwell Shuster & Goldberg LLP**
425 Lexington Avenue
New York, NY 10017
(646) 837-5151

Presented by:

By: /s/ Scott M. Danner

Scott M. Danner, NY Bar #4853016
(admitted *pro hac vice*)
Brian T. Goldman, NY Bar #5616891
(admitted *pro hac vice*)
Charlotte Baigent, NY Bar #5979224
(admitted *pro hac vice*)
**HOLWELL SHUSTER & GOLDBERG LLP**
425 Lexington Avenue, 14th Floor
New York, New York 10017
Telephone: (646) 837-8530
sdanner@hsgllp.com
bgoldman@hsgllp.com
cbaigent@hsgllp.com

Steven W. Fogg
**CORR CRONIN LLP**
1015 Second Ave, 10th Floor
Seattle, WA 98104
(206) 625-8600
sfogg@corrcronin.com

*Counsel for Plaintiff*

By: /s/ Yegor Fursevich

John C. Hueston
(Admitted *Pro Hac Vice*)
Email: jhueston@hueston.com
Moez M. Kaba
(Admitted *Pro Hac Vice*)
Email: mkaba@hueston.com
Yegor Fursevich
(Admitted *Pro Hac Vice*)
Email: yfursevich@hueston.com
Justin M. Greer
(Admitted *Pro Hac Vice*)
Email: jgreer@hueston.com
Cassidy O'Sullivan
(Admitted *Pro Hac Vice*)
Email: cosullivan@huston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

David A. Perez, WSBA No. 43959
Susan E. Foster WSBA No. 18030
Madeline D. Swan WSBA NO. 56355
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
214-969-5100 (fax)
makairis@jonesday.com

*Counsel for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION REQUESTING EXTENSION - 3
No. 2:21-cv-00896-JLR

**Holwell Shuster & Goldberg LLP**
425 Lexington Avenue
New York, NY 10017
(646) 837-5151