UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>           Plaintiff<br><br>v.<br><br>THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC,<br><br>           Defendants. | Case No. 2:21-cv-00896-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER ON SEALING**<br><br>NOTED ON MOTION CALENDAR: July 5, 2024 |

    Pursuant to this Court's Minute Order dated June 25, 2024 (Dkt. 731, the "Minute Order"), Plaintiff Zunum Aero, Inc. ("Zunum") and Defendants The Boeing Company and Boeing HorizonX Ventures, LLC ("Boeing") (collectively, the "Parties"), hereby submit this Joint Stipulation and Proposed Order ("Stipulation").

    WHEREAS, pursuant to the Minute Order, the parties must file a joint stipulated motion and proposed order regarding sealing no later than 7/5/2024;

    WHEREAS, the Parties have conferred regarding Zunum's sealing requests in Dkt. # 697;

    WHEREAS, the Parties have conferred as to whether the following documents should remain under seal, be filed in redacted form, or be unsealed;

WHEREAS, in entering this Stipulation, Boeing does not concede that, and at this time takes no position whether, the materials or information Zunum seeks to seal does, in fact, contain that Zunum's confidential information. Boeing expressly reserves the right to argue that any such material or information does not contain confidential information. Furthermore, the Parties expressly agree that they will not argue that positions taken in this Stipulation have any bearing on whether materials or information, do, in fact, contain any confidential information or trade secrets.

NOW, THEREFORE, the Parties respectfully propose that the following documents should remain under seal, be filed in redacted form, or be unsealed, as specified in the right-hand column below:

| Docket 697: Zunum's Motion to Seal Exhibits Submitted with Zunum's Motion for Post-Trial Relief and Accompanying Declaration of Scott M. Danner | | | |
|---|---|---|---|
| Document | Zunum Proposal | Boeing Proposal | Joint Proposal |
| [Dkt. 704] Declaration of Scott M. Danner | Redact | No position | N/A. |
| [Dkt. 704, Att. 2] Danner Declaration, Exhibit 2 | Redact | No position | N/A. |
| [Dkt. 704, Att. 3] Danner Declaration, Exhibit 3 | Redact | No position | N/A. |
| [Dkt. 704, Att. 4] Danner Declaration, Exhibit 4 | Redact | No position | N/A. |
| [Dkt. 704, Att. 5] Danner Declaration, Exhibit 5 | Redact | No position | N/A. |
| [Dkt. 704, Att. 6] Danner Declaration, Exhibit 6 | Redact | No position | N/A. |
| [Dkt. 704, Att. 7] Danner Declaration, Exhibit 7 | Redact | No position | N/A. |
| [Dkt. 704, Att. 8] | Redact | No position | N/A. |

| Docket 697: Zunum's Motion to Seal Exhibits Submitted with Zunum's Motion for Post-Trial Relief and Accompanying Declaration of Scott M. Danner | | | |
|---|---|---|---|
| Document | Zunum Proposal | Boeing Proposal | Joint Proposal |
| Danner Declaration, Exhibit 8 | | | |
| [Dkt. 704, Att. 9] Danner Declaration, Exhibit 9 | Redact | No position | N/A. |
| [Dkt. 704, Att. 10] Danner Declaration, Exhibit 10 | Redact | No position | N/A. |
| [Dkt. 704, Att. 11] Danner Declaration, Exhibit 11 | Redact | No position | N/A. |
| [Dkt. 704, Att. 12] Danner Declaration, Exhibit 12 | Redact | No position | N/A. |
| [Dkt. 704, Att. 13] Danner Declaration, Exhibit 13 | Redact | No position | N/A. |
| [Dkt. 704, Att. 14] Danner Declaration, Exhibit 14 | Redact | No position | N/A. |
| [Dkt. 704, Att. 15] Danner Declaration, Exhibit 15 | Redact | No position | N/A. |
| [Dkt. 704, Att. 16] Danner Declaration, Exhibit 16 | Redact | No position | N/A. |
| [Dkt. 704, Att. 17] Danner Declaration, Exhibit 17 | Redact | No position | N/A. |
| [Dkt. 704, Att. 18] Danner Declaration, Exhibit 18 | Redact | No position | N/A. |
| [Dkt. 704, Att. 19] Danner Declaration, Exhibit 19 | Redact | No position | N/A. |
| [Dkt. 704, Att. 20] Danner Declaration, Exhibit 20 | Redact | No position | N/A. |
| [Dkt. 704, Att. 21] Danner Declaration, Exhibit 21 | Redact | No position | N/A. |

| **Docket 697: Zunum's Motion to Seal Exhibits Submitted with Zunum's Motion for Post-Trial Relief and Accompanying Declaration of Scott M. Danner** | | | |
|---|---|---|---|
| **Document** | **Zunum Proposal** | **Boeing Proposal** | **Joint Proposal** |
| [Dkt. 704, Att. 22] Danner Declaration, Exhibit 22 | Redact | No position | N/A. |

Dated: July 3, 2024

By:   */s/ Scott M. Danner*
    Scott M. Danner, NY Bar #4853016
    (admitted *pro hac vice*)
    Brian T. Goldman, NY Bar #5616891
    (admitted *pro hac vice*)
    Charlotte Baigent, NY Bar #5979224
    (admitted *pro hac vice*)
    **HOLWELL SHUSTER &**
    **GOLDBERG LLP**
    425 Lexington Avenue, 14th Floor
    New York, New York 10017
    Telephone: (646) 837-8530
    sdanner@hsgllp.com
    bgoldman@hsgllp.com
    cbaigent@hsgllp.com

    Steven W. Fogg
    **CORR CRONIN LLP**
    1015 Second Ave, 10th Floor
    Seattle, WA 98104
    (206) 625-8600
    sfogg@corrcronin.com

    *Counsel for Plaintiff*

By:   */s/ Yegor Fursevich*
    John C. Hueston
    (Admitted *Pro Hac Vice*)
    Email: jhueston@hueston.com
    Moez M. Kaba
    (Admitted *Pro Hac Vice*)
    Email: mkaba@hueston.com
    Yegor Fursevich
    (Admitted *Pro Hac Vice*)
    Email: yfursevich@hueston.com
    Justin M. Greer
    (Admitted *Pro Hac Vice*)
    Email: jgreer@hueston.com
    Cassidy O'Sullivan
    (Admitted *Pro Hac Vice*)
    Email: cosullivan@huston.com
    **HUESTON HENNIGAN LLP**
    523 West 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone: (213) 788-4340
    Facsimile: (888) 866-4825

    David A. Perez, WSBA No. 43959
    Susan E. Foster WSBA No. 18030
    Madeline D. Swan WSBA No. 56355
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    (206) 359-8000
    214-969-5100 (fax)
    makairis@jonesday.com

    *Counsel for Defendants*

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED THAT, pursuant to the Parties' Stipulation, and for good cause and compelling reasons shown: Dkt. 704, Dkt. 704 Att. 2, Dkt. 704 Att. 3, Dkt. 704 Att. 4, Dkt. 704 Att. 5, Dkt. 704 Att. 6, Dkt. 704 Att. 7, Dkt. 704 Att. 8, Dkt. 704 Att. 9, Dkt. 704 Att. 10, Dkt. 704 Att. 11, Dkt. 704 Att. 12, Dkt. 704 Att. 13, Dkt. 704 Att. 14, Dkt. 704 Att. 15, Dkt. 704 Att. 16, Dkt. 704 Att. 17, Dkt. 704 Att. 18, Dkt. 704 Att. 19, Dkt. 704 Att. 20, Dkt. 704 Att. 21, and Dkt. 704 Att. 22 shall remain as redacted on the public docket; the sealed versions of the aforementioned documents—Dkts. 705, 706, 707, 708, 709, 710, 711, 712, 713, 714, 715, 716, 717, 718. 719, 720, 721, 722, 723, 724, 725, and 726—shall remain under seal.

The court DENIES Zunum's motion to seal (Dkt. # 697) as moot.

IT IS SO ORDERED.

DATED this 5th day of July, 2024.

_____
The Honorable James L. Robart
United States District Judge