# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-0896JLR |

\_\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 Defendants / Counterclaimants The Boeing Company and Boeing HorizonX Ventures, LLC ("HorizonX") have prevailed on all claims and counterclaims in this matter. (*See* 6/13/22 Order (Dkt. # 58); 8/12/22 Order (Dkt. # 67); 4/22/24 Order (Dkt. # 560); 5/9/24 Order (Dkt. # 601); 8/14/24 Order (Dkt. # 744).) The court DISMISSES Plaintiff / Counter-Defendant Zunum Aero, Inc.'s ("Zunum") claims with prejudice. Judgment is entered for HorizonX and against Zunum in the amount of $9,000,000, plus interest as provided in the 2017 and 2018 Note Purchase Agreements.

 Filed this  19th  day of August, 2024.

              RAVI SUBRAMANIAN
              Clerk of Court

              s/ Ashleigh Drecktrah
              Deputy Clerk