UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., | CASE NO. C21-0896JLR |
| Plaintiff, | ORDER |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

Before the court is Defendants The Boeing Company and Boeing HorizonX Ventures, LLC's (together, "Boeing") motion for clarification of the court's August 14, 2024 order. (Mot. (Dkt. # 750); *see* 8/14/24 Order (Dkt. # 744).) Plaintiff Zunum Aero, Inc. does not oppose Boeing's motion. (*See generally* Dkt.) The court GRANTS Boeing's motion for clarification (Dkt. # 750).

In its August 14, 2024 order, the court granted Boeing's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b). (8/14/24 Order at 53.) Pursuant to Federal Rule of Civil Procedure 50(c), the court now conditionally GRANTS

ORDER - 1

1 | Boeing's motion for a new trial (Dkt. # 695).  As to each of the claims on which the jury
2 | found against Boeing (*see generally* Verdict (Dkt. ## 684 (sealed), 685 (redacted))), the
3 | court finds that the verdict is against the clear weight of the evidence, the awarded
4 | damages are excessive, and that a new trial is otherwise necessary to prevent a
5 | miscarriage of justice and undue prejudice to Boeing for the reasons discussed in the
6 | court's August 14, 2024 order and Boeing's motion for judgment as a matter of law or, in
7 | the alternative, for a new trial.  *See Molski v. M.J. Cable, Inc.*, 481 F.3d 724, 729 (9th
8 | Cir. 2007).

Dated this 17th day of September, 2024.

_____
JAMES L. ROBART
United States District Judge