# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | AMENDED JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C21-0896JLR |

__    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants / Counterclaimants The Boeing Company and Boeing HorizonX

Ventures, LLC ("HorizonX" and, together with The Boeing Company, "Boeing") have

prevailed on all claims and counterclaims in this matter. (*See* 6/13/22 Order (Dkt. # 58);

8/12/22 Order (Dkt. # 67); 4/22/24 Order (Dkt. # 560); 5/9/24 Order (Dkt. # 601);

8/14/24 Order (Dkt. # 744).) The court DISMISSES Plaintiff / Counter-Defendant

Zunum Aero, Inc.'s ("Zunum") claims with prejudice. Judgment is entered for HorizonX

and against Zunum in the amount of $9,000,000, plus interest as provided in the 2017 and

2018 Note Purchase Agreements.

//

Pursuant to Federal Rule of Civil Procedure 50(c), in the event that judgment as a matter of law for Boeing is reversed, the court conditionally GRANTS Boeing's motion for a new trial.

Filed this <u>17th</u> day of September, 2024.


                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    <u>s/ Ashleigh Drecktrah</u>
                                    Deputy Clerk