The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUNUM AERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY; BOEING HORIZONX VENTURES, LLC, <br><br> Defendants. | No. 2:21-cv-00896-JLR <br><br> **DECLARATION OF MATT KNAPP IN SUPPORT OF PLAINTIFF ZUNUM AERO, INC.'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL** |

I, Matt Knapp, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the co-founder of Plaintiff Zunum Aero, Inc. ("Zunum"). I respectfully submit this declaration in support of Zunum's Motion to Stay Execution of the Second Amended Judgment with Other Security ("Motion").

2. All facts stated herein are true to the best of my knowledge and belief and are based on my personal knowledge.

I. **ZUNUM'S CURRENT STATE & CREDITORS**

3. Zunum was a pioneer in the hybrid-electric aircraft industry and poised to be the first entrant into the now-burgeoning market for hybrid electric aircraft and propulsion. The causes were disputed at trial, but the fact is that Zunum effectively went out of business in December 2018, and it was forced to furlough all of its employees around that time.

4. Zunum's co-founder Ashish Kumar and I attempted to salvage Zunum's business by engaging in certain R&D projects with leading airline groups and seeking additional investors.

DECLARATION OF MATT KNAPP - 1
No. 2:21-cv-00896-JLR

HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151

5.      These efforts were unsuccessful. While Zunum has received interest from potential investors in the last few years, those investors have cited the pending litigation and Boeing being adverse to Zunum as major reasons not to invest.

6.      Zunum presently lacks any meaningful liquid assets. Zunum also has no ongoing sources of revenue, does not engage in operations, has no employees that it pays on a going-forward basis, and has no debts that come due as a result of its operations. It also does not generate assets on a going-forward basis. Zunum's only employees are myself and Dr. Kumar.

7.      Thus, Zunum does not generate assets on a going-forward basis that could be used to satisfy Boeing's judgment before resolution of the appeal.

## II.     ZUNUM'S FUNDS, ASSETS & EFFORTS TO OBTAIN BOND OR OTHER SECURITY

8.      Currently, Zunum's only material assets are (i) a portfolio of patents and other non-patent intellectual property and (ii) certain legal claims, including the claims that are the subject of Zunum's currently-pending Ninth Circuit appeal against Boeing.

   a. The assets in (i) consist of a portfolio of patents and Zunum's other intellectual property, such as trademarks or trade secrets or proprietary technologies, none of which have been valued since the end of the trial in May 2024, and the value of which are uncertain.

   b. The assets in (ii) consist of the claims on appeal against Boeing and other potential legal claims, none of the latter of which have been filed. Zunum also has accumulated operating losses that an acquiring company may be able to use to offset gains, providing a tax shield of around $3.4 million.

9.      Zunum has approximately six secured creditors and just over one hundred and fifty unsecured creditors, all of whom are *bona fide* creditors.

DECLARATION OF MATT KNAPP - 2
No. 2:21-cv-00896-JLR

HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151

10. The secured creditors include litigation counsel that have provided work and customers who loaned Zunum targeted operating funds to enable it to preserve its assets, such as for patent prosecution to protect or further its patent rights.

11. The unsecured creditors include other investors, former employees, the founders, and other suppliers or vendors.

12. Zunum currently makes no ongoing payments to any creditors (although it has paid debts related to the prosecution of this lawsuit through the provision of litigation funding, and further contingent fees have continued to accrue to prosecute the captioned case).

13. Other than Boeing, none of Zunum's unpaid creditors have filed an action or otherwise moved to enforce their rights.

14. My best estimate is that Zunum currently has around $27 million in hybrid contingency debt secured by and payable out of currently-pending Ninth Circuit appeal against Boeing, $0.5 million debt secured by its portfolio of patents and other non-patent intellectual property, and $10.9 million outstanding debt to unsecured creditors other than Boeing.

15. Based on consultation with third-party advisors, I believe and understand that maximizing the value of Zunum's portfolio of patents and other non-patent intellectual property for the benefit of creditors (and, should excess remain, the benefit of Zunum's roughly one hundred equity-holders) would require an orderly and time-consuming sale process.

16. I am told and understand that a properly-run process of this nature could potentially result in a recovery of funds in excess of the debt currently owed to Boeing under the Court's extent judgment—and may also result in recoveries for Zunum's other creditors, even if Boeing's judgment is first fully satisfied—but that such recoveries could not take place in a fire-sale situation given the complexity of the asset and dispersed buyers.

17. However, depending on the outcome of the Appeal, all creditors could be paid off without needing to sell any of the patents or non-patent intellectual property assets. Zunum could also then engage with investors or acquirers unburdened by the litigation.

DECLARATION OF MATT KNAPP - 3
No. 2:21-cv-00896-JLR

HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151

18. Dr. Kumar and I have sought to obtain a bond to stay the execution of the judgment against Zunum (for $9 million plus interest) until resolution of the appeal currently pending in the Ninth Circuit. These attempts have been unsuccessful due to Zunum's financial condition, including its absence of meaningful liquid assets.

19. For instance, one bond company stated that for a non-public company, it requires collateral equal to the value of the bond, which needs to be in the form of an "irrevocable line of credit" from a bank. Zunum attempted to obtain such a line of credit but was rejected given its financial condition. Unless a company has substantial liquid assets, and Zunum has none, banks will only issue such a line of credit against an equivalent deposit of cash (which Zunum does not have).

20. If Zunum is required to post a bond to obtain a stay of enforcing the judgment, and cannot immediately monetize its illiquid assets to obtain tens of millions of dollars in liquidity to post such a bond, it would likely end up in bankruptcy.

21. A bankruptcy would destroy a significant amount of Zunum's current value given its size, current lack of operations, and the complex nature of its assets. In such a situation, Zunum would likely have to dispose of its assets in a fire-sale situation. The fire sale of assets and the considerable costs of a bankruptcy would substantially slash recoveries for Zunum's creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2024

/s/ Matt Knapp
Matt Knapp

DECLARATION OF MATT KNAPP - 4
No. 2:21-cv-00896-JLR

HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151